IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HUGO ALBERTO CORRALES                                            PETITIONER
Reg. #11474-032

V.                                  NO. 2:12CV00089 BSM-JTR

T.C. OUTLAW, Warden,                                            RESPONDENT
FCI-Forrest City

## ORDER

Petitioner filed a Motion to Compel, asking the Court to order Respondent to file a response to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (Docket entry #5.)  Respondent then filed a Motion to Extend Time.  (Docket entry #6.) Respondent asserts that the United States Attorney's Office did not receive service of the Petition or the Court's May 24, 2012 Order directing service.  (Docket entry #3.)

Respondent's Motion to Extend Time is GRANTED.   His response is due on or before September 4, 2012.  Petitioner's Motion to Compel is DENIED as moot.

DATED THIS 22nd DAY OF August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE