# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**HUGO ALBERTO CORRALES**  PETITIONER
Reg. #11474-032

v.  **CASE NO: 2:12CV00089 BSM**

**T.C. OUTLAW, Warden,**  RESPONDENT
FCI - Forrest City

## ORDER

The proposed findings and recommended disposition [Doc. No. 11] submitted by United States Magistrate Judge J. Thomas Ray and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT Hugo Corrales's petition for writ of habeas corpus [Doc. No. 1] is denied, and this case is dismissed with prejudice.

Dated this 28th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE